UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIARRENCE GRAYSON,

    Plaintiff,

v.

    Case No._____

TRANSWORLD SYSTEMS INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Transworld Systems Inc. (TSI), through undersigned counsel, hereby removes the above-captioned civil action from the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division.  The removal of this civil case is proper because:

1.    TSI is a named defendant in this civil action filed by plaintiff, Tiarrence Grayson (plaintiff), in the County Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, titled *Tiarrence Grayson v. Transworld Systems Inc.*, Case No. 22-CC-006646 (hereinafter the "State Court Action").

2. TSI removes this case on the basis of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, as plaintiff's complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), TSI has timely filed this Notice of Removal. TSI was served with plaintiff's complaint on February 21, 2022. This Notice of Removal is filed within 30 days of receipt of the complaint.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

WHEREFORE, defendant, Transworld Systems Inc., hereby removes to this Court the State Court Action.

Dated: February 23, 2022          Respectfully submitted,

/s/*Ashley Wydro*
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618

                    Telephone: (813) 440-5327
                    Facsimile: (877) 334-0661
                    awydro@sessions.legal
                    dvanhoose@sessions.legal
                    *Counsel for Defendant,*
                    *Transworld Systems Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of February 2022, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Kaelyn Diamond, Esq.<br>
Ziegler Diamond Law: Debt Fighters<br>
2561 Nursery Road, Suite A<br>
Clearwater, FL 33764<br>
kaelyn@attorneydebtfighters.com<br>
service@attorneydebtfighters.com

                    */s/ Ashley Wydro*
                    Attorney