# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIARRENCE GRAYSON,

    Plaintiff,

v.                                              Case No: 8:22-cv-437-CEH-AAS

TRANSWORLD SYSTEMS, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Stay Proceedings (Doc. 12), filed on March 24, 2022. In the motion, Defendant requests the Court stay these proceedings pending the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection and Management Services, Inc.*, Case No. 19-14434-HH (*Hunstein*). The Court, having considered the motion, and being fully advised in the premises will grant Defendant's unopposed motion to stay.

## DISCUSSION

In this action brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA), Defendant moves to stay all proceedings in this case, pending a final decision from the U.S. Court of Appeals for the Eleventh Circuit in *Hunstein*. The Eleventh Circuit recently vacated its opinion and granted rehearing *en banc* in *Hunstein*. Here, the claims in Plaintiff's Complaint are premised on the *Hunstein* opinion, which has now been vacated. Defendant submits that because the Eleventh

Circuit's final decision in *Hunstein* will have a substantial impact on the issues of Plaintiff's standing in this FDCPA action and the Court's subject matter jurisdiction, a stay is warranted. The Court finds that entry of a stay will promote an efficient administration of justice and a just, speedy, and inexpensive determination of this proceeding. Accordingly, upon consideration, it is hereby

**ORDERED**:

1. Defendant's Unopposed Motion to Stay (Doc. 12) is **GRANTED**.

2. This case is **STAYED** until mandate issues in the appeal in *Hunstein v. Preferred Collection and Management Services, Inc.,* No. 19-14434. Within **TEN (10) DAYS** of the *en banc* Eleventh Circuit's resolution of the appeal, the parties shall file a notice advising the Court of the resolution and joint motion requesting the case be re-opened and the stay be lifted.

3. The Clerk is directed to terminate all deadlines and **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 25, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any