## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TIARRENCE GRAYSON,

    Plaintiff,

v.   Case No: 8:22-cv-437-CEH-AAS

TRANSWORLD SYSTEMS, INC.,

    Defendant.

_____/

## ORDER

The Court has been advised by the Notice of Pending Settlement (Doc. 14) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.

**DONE AND ORDERED** in Tampa, Florida on June 10, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record