# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TIARRENCE GRAYSON,

    Plaintiff,

v.                                                 Case No: 8:22-cv-437-CEH-AAS

TRANSWORLD SYSTEMS, INC.,

    Defendant.

_____/

## ORDER

Before the Court is the parties' Stipulated Notice of Voluntary Dismissal With Prejudice (Doc. 17). In accord with the Stipulated Notice of Voluntary Dismissal With Prejudice, it is **ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

2) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on August 1, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record